UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FRANK J. FERNANDEZ, | Case No.: 22-cv-446-BAS-KSC |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR RECONSIDERATION [Doc. No. 27]** |
| E. DUARTE, | |
| Defendant. | |

Plaintiff's Motion for Reconsideration of the Order denying plaintiff's Motion to Appoint Counsel is before the Court. *See* Doc. No. 27. This Court may amend or reconsider prior orders. *See* Fed. R. Civ. P. 60. But reconsideration is a drastic remedy, and it is only appropriate when there was clear error in a previous order, newly discovered evidence merits reconsideration, or there has been a change in controlling law. *See Carrol v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003).

Plaintiff's Motion repeats the same arguments he made in his first Motion to appoint counsel, that his case is "complex," he is not sufficiently sophisticated to litigate it without the help of an attorney, his incarceration prevents him from adequately litigating his case, and an appointed lawyer would streamline these proceedings. *Compare* Doc. No. 27 *with* Doc. No. 21. The Court has already rejected these arguments. *See* Doc. No. 22. Nothing in

1

1  plaintiff's Motion presents the kind of changed circumstances that warrant reconsideration
2  of the Court's prior Order. The motion is **DENIED**.
3      **IT IS SO ORDERED**
4  Dated:  October 20, 2023

Hon. Karen S. Crawford
United States Magistrate Judge